UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| JULIE SHEPPARD,<br><br>  Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>  Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§  Civil Action No. 12-4022<br>§<br>§<br>§<br>§<br>§ |

## UNOPPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT FOR DECLARATORY JUDGMENT AND TO RESPOND TO DISCOVERY

Defendant Google Inc. submits this Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint for Declaratory Judgment and To Respond to Discovery and would show the Court as follows:

1. The current deadline for Defendant to file its answer or other responsive pleading to Plaintiff's Complaint for Declaratory Judgment (the "Response") is Monday, March 12, 2012.

2. Defendant respectfully requests that the Court enter an order extending this deadline so that the deadline to file the Response is Monday, March 26, 2012. In addition, the parties have agreed that written discovery responses shall not be due until Monday, March 26, 2012. Defendant has conferred with Plaintiff, and Plaintiff does not oppose an extension for the filing of the Response and written discovery responses up to and including March 26, 2012.

3. This extension is not sought for purposes of delay, but so that justice may be done.

WHEREFORE, Defendant Google Inc. respectfully requests the Court grant the extension of time requested above and for any other relief to which it has shown itself justly entitled.

Respectfully submitted,

/s/ George L. McWilliams
George L. McWilliams
Arkansas Bar No. 68078
Law Office of George L. McWilliams, P.C.
406 Walnut St.
Texarkana, Arkansas 71854
Telephone:  (870) 772-2055
Facsimile:  (870) 772-0513
Email:  glmlawoffice@gmail.com

*Pro Hac Vice motion pending*:
Charles L. "Chip" Babcock
Texas State Bar No. 01479500
David T. Moran
Texas State Bar No. 14419400
Carl C. Butzer
Texas State Bar No. 03545900
Shannon Zmud Teicher
Texas State Bar No. 24047169
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, Texas  75202
(214) 953-6000
(214) 953-5822 - Fax
Email: cbabcock@jw.com

ATTORNEYS FOR DEFENDANT GOOGLE INC.

## CERTIFICATE OF CONFERENCE

Counsel for Google Inc. complied with the meet and confer requirements of Local Rule 6.2.  The meet and confer took place on Monday, March 12, 2012 between George McWilliams and Sean Rommel on behalf of Plaintiff Julie Sheppard.  Plaintiff's counsel is unopposed to the relief sought in this Motion.  Accordingly, the Motion is submitted to the Court.

/s/ George L. McWilliams
George L. McWilliams

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2012, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Western District of Arkansas, using the electronic case files system of the court.  The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means.  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by first class mail today, March 12, 2012.

/s/ George L. McWilliams
George L. McWilliams