IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JULIE SHEPPARD | § § | |
| V. | § § | Civil Action No. 4:12-cv-04022-SOH |
| GOOGLE, INC. | § § § | |

## LOCAL RULE 6.2 AGREED EXTENSION OF TIME

Pursuant to Local Rule 6.2 of the Local Rules of the United States District Court, Western District of Arkansas, the parties agree to an extension of time for Defendant Google Inc. to respond to Plaintiff's complaint and propounded discovery through April 9, 2012.

Counsel for Plaintiff state they do not oppose this motion. See attached Exhibit "A". Plaintiff does not want to join in the motion for fear that such may be construed as seeking federal court relief which could interfere with their current plans to have this action remanded to state court.

WHEREFORE, the parties respectfully request the Clerk enter an order extending through April 9, 2012, the time for Defendant Google Inc. to file an answer or other responsive pleading to Plaintiff's Complaint for Declaratory Judgment and to serve responses to Plaintiff's outstanding written discovery, namely, Plaintiff's Interrogatories Propounded to Defendant Google Inc. and Plaintiff's Requests for Admission Propounded to Defendant Google Inc.

Dated: March 22, 2012

Respectfully Submitted,

/s/ George L. McWilliams
George L. McWilliams

Arkansas Bar No. 68078
Law Office of George L. McWilliams, P.C.
406 Walnut - P.O. Box 58
Texarkana, AR 71854
Telephone: (870) 772-2055
Facsimile: (870) 772-0523
glmlawoffice@gmail.com

Charles L. "Chip" Babcock
Texas State Bar No. 01479500
David T. Moran
Texas State Bar No. 14419400
Carl C. Butzer
Texas State Bar No. 03545900
Shannon Zmud Teicher
Texas State Bar No. 24047169
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000
(214) 953-5822 - Fax
Email: cbabcock@jw.com

**ATTORNEYS FOR DEFENDANT GOOGLE INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

Sean F. Rommel
James C. Wyly
**Wyly * Rommel**
4004 Texas Blvd.
Texarkana, Texas 75503

M. Chad Trammell
**The Trammell Law Firm**
418 N. Stateline Ave.
Texarkana, AR 71854

Eric T. Bishop
**Bishop & Bishop**
PO Box 609
Ashdown, AR 71822

Bryan Chesshir
122 W. Bishop Street
Nashville, AR 71852

George Matteson
Jeff Harrelson
**Harrelson & Matteson, P.A.**
300 N. Stateline Ave.
Texarkana, AR 71854

Chris Travis
Drake Mann
**Gill, Elrod, Ragon, Owen & Shreman, P.A.**
425 West Capitol Ave., Suite 38001
Little Rock, AR 72201

**ATTORNEYS FOR PLAINTIFF**

/s/ George L. McWilliams
George L. McWilliams