# WYLY~ROMMEL, PLLC

SEAN F. ROMMEL
Licensed in Arkansas and Texas
srommel@wylyrommel.com

March 22, 2012

George L. McWilliams, Esq.
Law Office of George L. McWilliams, P.C.
406 Walnut Street
Texarkana, Arkansas 71854

Re: *Julie Sheppard v. Google, Inc.*, United States District Court for the Western District of Arkansas, Texarkana Division, Civil Action No. 12-4022

Dear George:

As I indicated to you this morning, Plaintiff will be filing a motion for remand. As such and so there can be no argument that Plaintiff seeks relief from the Court contrary to its intentions of remand, we cannot join in the motion. However, Plaintiff has no objection to the requested extension of April 9, 2012, to answer or otherwise responsd to the complaint and answer the discovery served prior to Defendant's removal and for which will be helpful in the Court's decision for remand.

Should you have any questions or need additional information, please do not hesitate to call me.

Sincerely,

Sean F. Rommel

EXHIBIT A