IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JULIE SHEPPARD                                                                                          PLAINTIFF

VS.                                          CASE NO. 4:12-CV-4022

GOOGLE INC.                                                                                             DEFENDANT

## ORDER

Before the Court is Defendant Google Inc.'s unopposed motion for extension of time pursuant to Local Rule 6.2. (ECF No. 9).[1] Defendant moves the Court to extend their deadline to respond to Plaintiff's Complaint (ECF No. 3) to April 9, 2012. Defendant also notes that the parties have agreed upon a deadline extension to April 9, 2012 for responding to written discovery request. Upon consideration, the Court is satisfied that good cause for the motion has been shown. Accordingly, the Court finds that Defendant's motion (ECF No. 9) should be and hereby is **GRANTED**. Defendant's response to Plaintiff's Complaint (ECF No. 3) is due on or before April 9, 2012. Per the parties' agreement, written discovery responses are also due on or before April 9, 2012. Defendant's Unopposed Motion for Extension of Time to Respond to Complaint for Declaratory Judgement and to Respond to Discovery (ECF No. 8) is **DENIED AS MOOT**.

IT IS SO ORDERED, this 26th day of March, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge

---

[1] Defendant previously filed a Motion for Extension of time (ECF No. 8) requesting an extension to March 26, 2012. Defendant then filed the present motion seeking an extension order to be entered by the Clerk pursuant to Local Rule 6.2. However, Rule 6.2 only allows a clerk to enter an order that extends the time to file a response for not more than twenty-one days. Defendant has asked for an a deadline that exceeds this twenty-one day limit. Therefore, the Clerk may not enter an order without direction from the Court.