UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JULIE SHEPPARD, | § § § § | |
| Plaintiff | | |
| v. | § § § § | Civil Action 4:12-cv-04022-SOH |
| GOOGLE, INC., | § § § § § | |
| Defendant. | | |

## PLAINTIFF'S MOTION FOR REMAND

Plaintiff, Julie Sheppard, by and through her undersigned counsel, moves this Court to remand her Complaint for Declaratory Judgment to the Circuit Court of Little River County, Arkansas, because this Court lacks subject matter jurisdiction and would respectfully show as follows:

1. Because Plaintiff's sole cause of action arises under Arkansas state law, which has not been preempted by the Electronic Communication Privacy Act (18 U.S.C. § 2510 *et seq.*), and Plaintiff has expressly limited her damages to an amount less than the threshold for this Court's diversity jurisdiction this Court lacks subject matter jurisdiction over Plaintiff's single request for a declaratory judgment under Arkansas state law and must remand Plaintiff's Complaint for Declaratory Judgment to the Circuit Court of Little River County, Arkansas.

2. Plaintiff submits herewith and incorporates herein her Brief in Support of Motion for Remand.

WHEREFORE, Plaintiff prays that this Court remand Plaintiff's Complaint for Declaratory Judgment to the Circuit Court of Little River County, Arkansas, and for all just and

equitable relief to which Plaintiff may be entitled, included, but not limited to, Plaintiff's costs, expenses, and attorneys' fees incurred in connection with responding to Google's Notice of Removal.

Respectfully submitted,

/s/ Sean F. Rommel_____
Sean F. Rommel
Arkansas Bar No. 94158
srommel@wylyrommel.com
James C. Wyly
Arkansas Bar No. 90158
jwyly@wylyrommel.com
**WYLY~ROMMEL, PLLC**
4004 Texas Boulevard
Texarkana, Texas 75503
(903) 334-8646 (Telephone)
(903) 334-8645 (Facsimile)

M. Chad Trammell
Arkansas Bar No. 95125
chad@thetrammellfirm.com
**THE TRAMMELL LAW FIRM, PLLC**
418 North State Line Avenue
Texarkana, AR 71854
(870) 779-1860 (Telephone)
(870) 779-1861 (Facsimile)

Eric T. Bishop
Arkansas Bar No. 89174
**BISHOP & BISHOP**
P.O. Box 609
Ashdown, Arkansas 71822
(870) 898-5058 (Telephone)
(870) 898-8110 (Facsimile)

Bryan Chesshir
Arkansas Bar No. 91054
122 W. Bishop Street
Nashville, Arkansas 71852
(501) 845-5030 (Telephone)
(501) 845-0268 (Facsimile)

George Matteson
Arkansas Bar No. 2000096
Jeff Harrelson
Arkansas Bar No. 96118
**HARRRELSON & MATTESON, P.A.**
300 North State Line Avenue
Texarkana, Arkansas 71854
(870) 772-0300 (Telephone)
(870) 772-0302 (Facsimile)

Chris Travis
Arkansas Bar No. 97093
Travis@gill-law.com
Drake Mann
Arkansas Bar No. 87108
mann@gill-law.com
**GILL ELROD RAGON OWEN**
**& SHERMAN, P.A.**
425 West Capitol Avenue, Suite 3801
Little Rock, Arkansas 72201
(501) 376-3800 (Telephone)
(501) 372-3359 (Facsimile)

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 7, 2012, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Western District of Arkansas, using the electronic case files system of the court.  The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means.  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by first class mail today.

      /s/ Sean F. Rommel
      Sean F. Rommel