IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JULIE SHEPPARD                                                                                          PLAINTIFF

VS.                                         CASE NO. 4:12-CV-4022

GOOGLE INC. and
YAHOO!, INC.                                                                                          DEFENDANTS

## ORDER

Before the Court is Defendant Google, Inc.'s Motion to Dismiss. (ECF No. 19). Plaintiff has not filed a response and the time for doing so has passed. The Court finds this matter ripe for consideration.

Defendant moves for dismissal pursuant to Federal Rule of Civil Procedure 12(b)(6) and argues that Plaintiff has failed to state a claim upon which relief may be granted. Subsequent to the filing of Defendant's motion to dismiss, Plaintiff filed an amended complaint. (ECF No. 22). Because Plaintiff's Complaint (ECF No. 3) is now inoperative and superceded by Plaintiff's Amended Complaint (ECF No. 22), the Court finds that the motion (ECF No. 19) should be and hereby is **DENIED AS MOOT**.

IT IS SO ORDERED, this 5th day of June, 2012.

      /s/ Susan O. Hickey
    Hon. Susan O. Hickey
    United States District Judge