UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JULIE SHEPPARD, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:12-cv-4022-SOH |
| | § | |
| GOOGLE, INC. and YAHOO! INC., | § | |
| | § | |
| Defendants. | § | |

### BRIEF IN SUPPORT OF PLAINTIFF'S UNOPPOSED
### MOTION TO DISMISS DEFENDANT YAHOO! INC.

Subject to Plaintiff's Motion to Remand,[1] pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Julie Sheppard moves to dismiss all claims asserted against Defendant Yahoo! Inc. ("Yahoo!") in this action with prejudice. Yahoo! provided declarations to Plaintiff's counsel regarding the underlying facts related to the allegations in the Complaint. In addition, Yahoo! has provided a declaration for public filing in a separate case in which Yahoo!'s declarant states, "However, with the exception of scanning for viruses, malware, and spam, Yahoo! does not engage" in the practice of intercepting, reading, and obtaining data from "personal emails sent from non-Yahoo! Mail users to Yahoo! Mail users." *See* Exhibit A. According, Plaintiff has concluded that pursuing her claims is not necessary.

Therefore, Plaintiff respectfully requests an order dismissing all claims against Yahoo! in this action with prejudice, and that each side bear its own costs, expenses, and attorneys fees.

Respectfully submitted,

*/s/ Sean F. Rommel*_____

---

[1] This language is not meant to limit the effect of the dismissal but to indicate Plaintiff's expressed statement that the relief sought is not any attempt by Plaintiff to invoke federal jurisdiction.

Sean F. Rommel
Arkansas Bar No. 94158
srommel@wylyrommel.com
James C. Wyly
Arkansas Bar No. 90158
jwyly@wylyrommel.com
**WYLY~ROMMEL, PLLC**
4004 Texas Boulevard
Texarkana, Texas 75503
(903) 334-8646 (Telephone)
(903) 334-8645 (Facsimile)

M. Chad Trammell
Arkansas Bar No. 95125
chad@thetrammellfirm.com
**THE TRAMMELL LAW FIRM, PLLC**
418 North State Line Avenue
Texarkana, AR 71854
(870) 779-1860 (Telephone)
(870) 779-1861 (Facsimile)

Eric T. Bishop
Arkansas Bar No. 89174
**BISHOP & BISHOP**
P.O. Box 609
Ashdown, Arkansas 71822
(870) 898-5058 (Telephone)
(870) 898-8110 (Facsimile)
Bryan Chesshir
Arkansas Bar No. 91054
122 W. Bishop Street
Nashville, Arkansas 71852
(501) 845-5030 (Telephone)
(501) 845-0268 (Facsimile)

George Matteson
Arkansas Bar No. 2000096
Jeff Harrelson
Arkansas Bar No. 96118
**HARRRELSON & MATTESON, P.A.**
300 North State Line Avenue
Texarkana, Arkansas 71854
(870) 772-0300 (Telephone)
(870) 772-0302 (Facsimile)

Chris Travis

        Arkansas Bar No. 97093
        Travis@gill-law.com
        Drake Mann
        Arkansas Bar No. 87108
        mann@gill-law.com
        **GILL ELROD RAGON OWEN**
        **& SHERMAN, P.A.**
        425 West Capitol Avenue, Suite 3801
        Little Rock, Arkansas 72201
        (501) 376-3800 (Telephone)
        (501) 372-3359 (Facsimile)

        **ATTORNEYS FOR PLAINTIFF**
        **JULIE SHEPPARD**

<u>**CERTIFICATE OF SERVICE**</u>

   I hereby certify that on November 28, 2012, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Western District of Arkansas, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by first class mail today, November 28, 2012.

        */s/ Sean F. Rommel*_____
        Sean F. Rommel